IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 17-00331-CR-W-HFS |
| WARREN G. JACKSON | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

At a Change of Plea Hearing held on July 16, 2020, before Magistrate Judge John T. Maughmer, defendant entered a guilty plea to Count 1 of the Indictment. In a Report and Recommendation dated July 16, 2020 (Doc. 20), Judge Maughmer determined that the guilty plea was knowledgeable and voluntary and that the offenses were supported by an independent basis in fact containing each essential element of the offense.

After review of the hearing record (and in the absence of objections) I ADOPT the Report and Recommendation (Doc. 20) and ACCEPT defendant's guilty

plea and direct the Clerk to enter it. A Presentence Investigation Report shall be filed within 120 days.

                             s/ HOWARD F. SACHS
                             HOWARD F. SACHS
                             United States District Judge

Dated: August 11, 2020
Kansas City, Missouri